OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed".
 

 The trial court charged the jury that in order to find the defendants guilty of burglary in the third degree, it was required to determine that the defendants had entered the premises with the intent to commit a crime. In view of this charge, the court did not commit reversible error in refusing defendants’ request that the court specify that the People had to show, in addition to the entry of the premises, that defendants intended to commit a “felony or a misdemeanor” therein.
 

 It is urged by the defendant that the court should have charged that the lesser included offense of trespass could not be the underlying intended crime. Although defense counsel alluded to this point during his colloquy with the Trial Judge after the charge, he never requested the charge and therefore the point is not preserved for our review.
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones,
 
 *954
 
 Wachtler, Fuchsberg and Meyer concur.
 

 In each case: Order affirmed in a memorandum.